# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION
# CIVIL ACTION NO. 4:20-CV-00151-GNS-CHL

**KENNY MCPHERSON,**      **Plaintiff,**

v.

**C. R. BARD, INC., et al.,**      **Defendants.**

## ORDER

Before the Court is the Motion to Withdraw (DN 53) filed by Darren McDowell and Eric Przybysz. The motion comports with LR 83.6(a).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw (DN 53) is **GRANTED**.

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

cc: Counsel of record
    March 8, 2021